UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Arleen Carole Lipson | : Chapter 13 |
| Debtor | : |
| Specialized Loan Servicing LLC, as servicer | : |
| for Deutsche Bank National Trust Company, as | : |
| Trustee for Morgan Stanley Mortgage Loan Trust | : Bankruptcy No. 17-13354-JKF |
| 2005-7, Mortgage Pass-Through Certificates, | : |
| Series 2005-7 | : |
| Movant | : |
| | : |
| vs. | : Praecipe to Withdrawal |
| Arleen Carole Lipson | : Answer to Motion For Relief |
| Debtor | : From the Automatic Stay Filed |
| M. Barry Lipson | : By Specialized Loan Servicing LLC |
| Co-Debtor | : |
| | : |
| Frederick L. Reigle, Esquire | : |
| Trustee | : |

### PRAECIPE TO WITHDRAWAL

Kindly withdrawal Debtor/Respondent, Arleen Carole Lipson's Answer to Movant, Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Mortgage Loan Trust's Motion for Relief from the Automatic Stay, document entry #38, filed on October 13, 2017.

Respectfully Submitted,

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor/Respondent