United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-13354-jkf
Arleen Carole Lipson                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW            Page 1 of 1            Date Rcvd: Nov 09, 2017
                             Form ID: pdf900           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db            +Arleen Carole Lipson,   2 Three Ponds Lane,   Newtown, PA 18940-3001
cr            +Commonwealth of PA, Dept of Revenue,   c/o Christopher R. Momjian,
                21 S. 12th Street, 3rd Floor,   Office of Attorney General,   Philadelphia, PA 19107-3604
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY,   14841 Dallas Parkway, Suite 300,
                Dallas, TX 75254-7883
13916998       Adam H. Davis, Esquire,   Matthew Brushwood, Esquire1617 JFK Boule,   Philadelphia, PA  19103
13941059      +Deutsche Bank National Trust Co., Trustee(See 410),   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
13916992      +Deutsche Bank Natl. Trust,   3476 Stateview Boulevard,   Fort Mill, SC 29715-7203
13916995      +Equable Ascent Financial LLC,   120 Keyser Avenue,   Scranton, PA 18504-9701
14011271      +Jeffery A. Fournier, Esquire,   2480-B Durham Road,   Bristol, PA 19007-6902
13916997      +Myron Barry Lipson,   2 Three Ponds Lane,   Newtown, PA 18940-3001
13916994      +PA Dept. of Revenue,   P. O Box 280509,   Harrisburg, PA 17128-0509
13916999      +Specialized Loan Servicing (SLS),   8742 Lucent Boulevard,   Highlands Ranch, CO 80129-2386
13916993      +TD Bank,   P. O. Box 16029,   Lewiston, ME 04243-9507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Nov 10 2017 01:53:15     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 10 2017 01:53:12     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13986190      +E-mail/Text: bankruptcy@cavps.com Nov 10 2017 01:53:09     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13916996      +E-mail/Text: cio.bncmail@irs.gov Nov 10 2017 01:52:41     Internal Revenue Service,
                600 Arch Street,   Philadelphia, PA 19106-1695
13938503       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2017 01:52:50
                Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue
               crmomjian@attorneygeneral.gov
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JEFFERY A. FOURNIER    on behalf of Debtor Arleen Carole Lipson jefffournier@verizon.net
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Morgan Stanley Mortgage Loan Trust 2005-7, Mortgage Pass-Through Certificates, Series 2005-7
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Mortgage Loan Trust 2005-7, Mortgage Pass-Through Certificates, Series 2005-7
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                              Chapter 13

17-13354-JKF         ARLEEN CAROLE LIPSON
                     Debtor(s)

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Frederick Reigle, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: November 9, 2017

**JEAN K. FITZSIMON**
**U.S. BANKRUPTCY JUDGE**