UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| Arleen Carole Lipson | : |
| Debtor | : Bankruptcy No. 17-13354-JKF |
| | : |
| | : Application for Compensation |
| | : of Attorney Fees for Services |
| | : Rendered from 05/03/2017 to 11/07/2017 |

ORDER TO APPROVE COMPENSATION
OF ATTORNEY FEES

AND NOW, this _____ day of _____, 2017, upon consideration of Application for Compensation of Attorney Fees by Jeffery A. Fournier, and upon notice and a hearing it is hereby ORDERED that the attorney fees for Jeffery A. Fournier, Esquire of $3,240.98 ($4,640.00 reduced by $1,399.02) and cost of $335.00 are approved and the amount owed of $ 1,575.98 be paid out of the Debtor's Chapter 13 Plan as an administrative expense.

BY THE COURT:

*[signature: Jean K. FitzSimon]*

**Date: November 30, 2017**

Hon. Jean K. FitzSimon         J.
United States Bankruptcy Judge