United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Arleen Carole Lipson
    Debtor

Case No. 17-13354-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Dec 01, 2017
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2017.
db      +Arleen Carole Lipson,    2 Three Ponds Lane,    Newtown, PA 18940-3001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2017 at the address(es) listed below:
     CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue
       crmomjian@attorneygeneral.gov
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     JEFFERY A. FOURNIER    on behalf of Debtor Arleen Carole Lipson jefffournier@verizon.net
     MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
       for Morgan Stanley Mortgage Loan Trust 2005-7, Mortgage Pass-Through Certificates, Series 2005-7
       bkgroup@kmllawgroup.com
     POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
     REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       Morgan Stanley Mortgage Loan Trust 2005-7, Mortgage Pass-Through Certificates, Series 2005-7
       bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   : Chapter 13
    Arleen Carole Lipson   :
               Debtor   : Bankruptcy No. 17-13354-JKF
                  :
                  : Application for Compensation
                  : of Attorney Fees for Services
                  : Rendered from 05/03/2017 to 11/07/2017

ORDER TO APPROVE COMPENSATION
OF ATTORNEY FEES

      AND NOW, this _____ day of _____, 2017, upon consideration of Application for Compensation of Attorney Fees by Jeffery A. Fournier, and upon notice and a hearing it is hereby ORDERED that the attorney fees for Jeffery A. Fournier, Esquire of $3,240.98 ($4,640.00 reduced by $1,399.02) and cost of $335.00 are approved and the amount owed of $ 1,575.98 be paid out of the Debtor's Chapter 13 Plan as an administrative expense.

BY THE COURT:

**Date: November 30, 2017**

Hon. Jean K. FitzSimon    J.
United States Bankruptcy Judge